# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 16 C 6651 |
| ) | |
| JAMES DODD ) | |

## MEMORANDUM ORDER

     This Court's one page March 23 memorandum order concluded by "request[ing] a swift response from the United States Attorney's Office suggesting as early a date as may be feasible for the filing of its response in this action" brought by federal prisoner James Dodd ("Dodd") under the auspices of 28 U.S.C. § 2255. On the very next day Assistant United States Attorney Paul Tzur filed the requested response, that (1) reflected the government's view that the Supreme Court's decision earlier this month in <u>Beckles v. United States</u>, No. 15-8544, 2017 WL 855781 (U.S. Mar. 6, 2017) controls here but (2) asked that the government's substantive response be scheduled for an April 21 filing because of counsel's previously planned week-long vacation and the press of other matters.

     This Court grants that request by attorney Tzur. As the March 23 order had contemplated, a status hearing is then set for 9 a.m. April 28, 2017 to discuss the need or lack of need for any further filings. Attorney Tzur is ordered to make arrangements for Dodd to participate telephonically in that status hearing.

                                                                            Milton I. Shadur
                                                                            Senior United States District Judge

Date: March 28, 2017