# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 16 C 6651 |
| | ) | |
| JAMES DODD | ) | |

## MEMORANDUM ORDER

Because the inordinately slow pace of post-operative rehabilitation has led this Court to the decision -- announced last week by Chief Judge Rubén Castillo -- to cause the pending cases on this Court's calendar to be reassigned by the customary computerized random assignment system, this case will be transferred to one of this Court's colleagues by the end of this month. In this instance able Federal Defender panel attorney William Theis has undertaken the representation of James Dodd ("Dodd") in support of the latter's 28 U.S.C. § 2255 motion seeking to call to his aid the decisions in Johnson v. United States, 135 S. Ct. 2251 (2015) and Welch v. United States, 136 S. Ct. 1257 (2016). In response Assistant United States Attorney Paul Tzur has sought to invoke the decision in Beckles v. United States, 137 S. Ct. 886 (2017).

On June 19, 2017 attorney Theis has filed a Reply to the government's response. It will be left to the assignee judge to determine whether the briefing to this point suffices to permit an informed decision on Dodd's Section 2255 motion, or whether instead a surreply by government counsel is called for.

 

_____
Milton I. Shadur
Senior United States District Judge

Date: August 8, 2017